United States Bankruptcy Court
Eastern District of California
Sacramento Division

In re   Holy Cow, Inc.                        Case No.   09-48545

        Debtor.                                Chapter    7

**FILED**

## STATEMENT OF CORPORATE OWNERSHIP

**DEC 3 0 2009**

Comes now **Holy Cow, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                      **% of Shares Owned**
**None**

OR,

__X__   There are no entities to report.

By: _____
**Julie E. Oelsner**
Signature of Attorney
Counsel for   Holy Cow, Inc.
Bar no.:      125432
Address.:     **Weintraub Genshlea Chediak**
              **400 Capitol Mall**
              **Eleventh Floor**
              **Sacramento, CA 95814**
Telephone No.: 916.558.6000
Fax No.:       916.446.1611
E-mail address: **joelsner@weintraub.com**

#6