UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

FILED
January 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002377205

Debtor(s): **Holy Cow, Inc.**

Case No.: **2009-48545**
(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **4491 Pacific Street** **Rocklin, CA 95677** **Leased Property** **Lessor: Scott Barone** **4491 Pacific Street, #E** **Rocklin, CA** | None | | $ 0.00 | $ 0.00 |
| | | **Total** ➤ | $ 0.00 | |

(Report also on Summary of Schedules.)

| Debtor(s): Holy Cow, Inc. | Case No.: 2009-48545 (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | American River Checking | | 8,367.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | A/R from Brent Newbold | | 36,668.74 |
| Accounts receivable. | | General A/R | | 97,063.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

| Debtor(s): Holy Cow, Inc. | Case No.: 2009-48545 (If known) |
|---|---|

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Prepayments | | 2,368.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Cleaner Product Formula | | 308,859.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer Hardware | | 14,057.00 |
| Office equipment, furnishings, and supplies. | | Computer Software (value unknown) | | 0.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Molds (value unknown) | | 54,261.00 |
| 30. Inventory. | | Packing Materials, Sprayers and Bottles, Finished Goods, Formula, Obsolete Inventory, Samples | | 308,957.00 |
| Inventory. | | Returned product, loose filled bottle products located at mini storage: 12095 Locksley Lane Auburn, CA 95602 | | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _2_ continuation sheets attached | Total → | $ 830,600.74 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6D (12/07)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Debtor(s): Holy Cow, Inc.  
Case No.: 2009-48545 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sierra Financial Services, LLC<br>1165 Investment Blvd.<br>El Dorado Hills, CA 95762-5711 | | | Security Agreement<br>Line of Credit secured by UCC security interest in Debtor's personal property<br><br>VALUE $696,869.00 | | | | 800,000.00 | 0.00 |
| ACCOUNT NO.<br>Sierra Financial Services, LLC<br>1165 Investment Blvd.<br>El Dorado Hills, CA 95762-5711 | | X | Security Agreement<br>Accumulated Interest<br>A/R<br><br>VALUE $133,731.74 | | | | 69,000.00 | 0.00 |
| ACCOUNT NO.<br>Sierra Financial Services, LLC<br>1165 Investment Blvd., Suite 2<br>El Dorado Hills, CA 95762-5711 | | X | Security Agreement<br>General A/R<br><br>VALUE $133,731.74 | | | | 678,000.00 | 580,937.00 |

_0_ continuation sheets attached

Subtotal ➢  
(Total of this page)  $ 1,547,000.00  $ 580,937.00

Total ➢  
(Use only on last page)  $ 1,547,000.00  $ 580,937.00

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6E (12/07)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Debtor(s): Holy Cow, Inc. | Case No.: 2009-48545 (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> continuation sheets attached

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Debtor(s): Holy Cow, Inc. | Case No.: 2009-48545 (If known) |
|---|---|

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units
Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. State Board of Equalization P.O. Box 942879 Sacramento, CA 94279 | | | Taxes | | | | 200.00 | 0.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals▸ (Totals of this page) | $ 200.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 200.00 | | |
| | Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Debtor(s): Holy Cow, Inc. | Case No.: 2009-48545 (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | | | | | | | 258.22 |
| ACCOUNT NO. 6824-0700-040299<br>Bank of America<br>P.O. Box 30750<br>Los Angeles, CA 90030-0750 | X | | Debtor disputes this obligation. It was allegedly procured by Brent Newbold without authorization. | X | X | X | 149,000.00 |
| ACCOUNT NO.<br>C.H. Robinson<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | | | | | | | 4,174.15 |
| ACCOUNT NO. 70007453450<br>Citibank<br>Business Bank Loan Ops<br>100 Citibank Dr., Bldg. 1, Fl 1<br>San Antonio, TX 78245 | X | | Debtor disputes this obligation. It was allegedly procured by Brent Newbold without authorization. | X | X | X | 4,149.90 |

8  Continuation sheets attached

Subtotal ➤ $ 157,582.27

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Debtor(s): Holy Cow, Inc.

Case No.: 2009-48545 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cleo Communications<br>P.O. Box 15835<br>Loves Park, IL 61132-5835 | | | | | | | 578.00 |
| ACCOUNT NO.<br>ConferenceCall.com<br>P.O. Box 409573<br>Atlanta, GA 30384-9573 | | | | | | | 51.95 |
| ACCOUNT NO.<br>Consolidated Container Company<br>P.O. Box 100028<br>Pasadena, CA 91189-0028 | | | | | | | 3,256.74 |
| ACCOUNT NO.<br>Cota Cole & Associates<br>2261 Lava Ridge Court<br>Roseville, CA 95661 | | | Legal Fees | | | | 1,620.00 |
| ACCOUNT NO.<br>Data Masons Software, LLC<br>P.O. Box 864507<br>Orlando, FL 32886-4507 | | | | | | | 98.00 |

Sheet no. 1 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 5,604.69

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Debtor(s): **Holy Cow, Inc.**

Case No.: **2009-48545**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 003-6388-701-005 <br> Dell Financial Services <br> P.O. Box 5292 <br> Carol Stream, IL 60197 | | | | | | X | 95.47 |
| ACCOUNT NO. <br> Dennis Williams <br> 11418 Tamwood Court <br> Auburn, CA 95602 | | | | | | | 28.94 |
| ACCOUNT NO. <br> DIcental Corporation <br> 17625 El Camino Real, Suite 200 <br> Houston, TX 77058 | | | | | | | 80.00 |
| ACCOUNT NO. <br> Exact Software <br> 1136 Paysphere Circle <br> Chicago, IL 60674 | | | | | | | 1,848.96 |
| ACCOUNT NO. <br> Federal Express <br> P.O. Box 37600 <br> Pasadena, CA 91109-7321 | | | | | | | 5,617.13 |

Sheet no. 2 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 7,670.50

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

Debtor(s): **Holy Cow, Inc.**

Case No.: **2009-48545** (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3878-3672-1 <br> **FedEx Freight** <br> P.O. Box 7221 <br> Pasadena, CA 91109-7321 | | | | | | | 401.58 |
| ACCOUNT NO. <br> **Findlay's Dist. Center** <br> 2001 Industrial Drive <br> P.O. Box 952 <br> Findlay, OH 95839-0952 | | | | | | | 627.00 |
| ACCOUNT NO. <br> **Fitzpatrick & Co. CPA** <br> 925 University Avenue <br> Sacramento, CA 95825 | | | | | | | 1,100.00 |
| ACCOUNT NO. <br> **Hemi Express** <br> 8361 Rovana Circle #100 <br> Sacramento, CA 95828 | | | | | | | 3,450.00 |
| ACCOUNT NO. <br> **Hullsoft Enterprises** <br> 1125 Buckbrush Drive <br> Folsom, CA 95630 | | | | | | | 950.00 |

Sheet no. 3 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **6,528.58**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Debtor(s): **Holy Cow, Inc.**

Case No.: **2009-48545** (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mark Kendro<br>6304 Rio Oso Drive<br>Rancho Murieta, CA 95683-9250 | | | | | | | 103.60 |
| ACCOUNT NO.<br>Master Packaging<br>2256 B Sierra Meadows Drive<br>Rocklin, CA 95677 | | | | | | | 29.90 |
| ACCOUNT NO.<br>Mepco<br>P.O. Box 932<br>Stockton, CA 95201 | | | | | | | 6,925.00 |
| ACCOUNT NO.<br>Ocean Shore<br>4495 Pacific Street #A<br>Rocklin, CA 95677 | | | | | | | 313.92 |
| ACCOUNT NO.<br>Ohio Logistics<br>2001 Industrial Drive<br>P.O. Box 952<br>Findlay, OH 45839-0952 | | | | | | | 177.76 |

Sheet no. 4 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 7,550.18

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Debtor(s): Holy Cow, Inc.

Case No.: 2009-48545 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Old Dominion Freight Line, Inc. <br> P.O. Box 60000 <br> San Francisco, CA 94160 <br> File No. 030989 | | | | | | | 3,470.91 |
| ACCOUNT NO. <br> Pacific Printing <br> 11385 Sunrise Park Drive, #200 <br> Rancho Cordova, CA 95742 | | | | | | | 391.59 |
| ACCOUNT NO. <br> Progressive Plastics, Inc. <br> P.O. Box 714413 <br> Columbus, OH 43271-4413 | | | | | | | -25.00 |
| ACCOUNT NO. <br> Quill Corporation <br> P.O. Box 37600 <br> Philadelphia, PA 19101-0600 | | | | | | | 111.38 |
| ACCOUNT NO. <br> Safeguard Business Systems <br> P.O. Box 88043 <br> Chicago, IL 60680-1043 | | | | | | | 40.05 |

Sheet no. 5 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 3,988.93

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F Cont'd (12/07)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Debtor(s): Holy Cow, Inc.

Case No.: 2009-48545
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SAIA Motor Freight Line<br>P.O. Box 100816<br>Pasadena, CA 91189-0816 | | | | | | | 7,613.46 |
| ACCOUNT NO.<br>Sierra Chemical<br>P.O. Box 238<br>Sacramento, CA 95691 | | | | | | | 22,771.06 |
| ACCOUNT NO. 4246-3151-3596-4292<br>Southwest Credit Card<br>P.O. Box 94104<br>Palatine, IL 60094-4014 | | | Charge card | | | | 26,637.48 |
| ACCOUNT NO. 4147-2020-2561-2803<br>Southwest Credit Card<br>P.O. Box 94104<br>Palatine, IL 60094-4014 | | | Charge card | | | | 26,003.01 |
| ACCOUNT NO.<br>Top-Shelf Fixtures<br>5263 Schaefer Avenue<br>Chino, CA 91710 | | | | | | | 3,625.60 |

Sheet no. 6 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 86,650.61

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Debtor(s): **Holy Cow, Inc.**

Case No.: **2009-48545** (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Transport International Pool <br> 75 Remittance Drive, #1333 <br> Dept. 0536 <br> Chicago, IL 60675-1333 | | | | | | | 495.50 |
| ACCOUNT NO. <br> Tricor Braun <br> 12462 Collections Center Drive <br> Chicago, IL 60693 | | | | | | | 7,018.43 |
| ACCOUNT NO. <br> T-Rock Communications <br> 2267 Lava Ridge Court, Suite 120 <br> Roseville, CA 95661 | | | | | | | 500.00 |
| ACCOUNT NO. <br> Unishippers <br> 901 Sunrise Avenue, Suite B1 <br> Roseville, CA 95661-4521 | | | | | | | 2,123.33 |
| ACCOUNT NO. <br> US Continental <br> 310 Reed Circle <br> Corona, CA 92879 | | | | | | | 390.00 |

Sheet no. 7 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 10,527.26

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Debtor(s): **Holy Cow, Inc.**

Case No.: **2009-48545**
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Verizon Wireless<br>P.O. Box 9622<br>Mission Hills, CA 91346-9622 | | | | | | | 333.42 |
| ACCOUNT NO.<br><br>Williams, Hansen & Associates<br>P.O. Box 4315<br>Auburn, CA 95602 | | | | | | | 13,853.73 |
| ACCOUNT NO.<br><br>YRC<br>P.O. Box 100129<br>Pasadena, CA 91189-0129 | | | | | | | 10,073.48 |

Sheet no. 8 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ 24,260.63

Total ➢ $ 310,363.65
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Debtor(s): Holy Cow, Inc. | Case No.: **2009-48545** <br> (If known) |
|---|---|

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Scott Barone** <br> **4491 Pacific Street, #E** <br> **Rocklin, CA 95677** | **Office Lease** |

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Debtor(s): **Holy Cow, Inc.** | Case No.: **2009-48545** (If known) |
|---|---|

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brent Newbold**<br>4522 Copperwood Drive<br>Granite Bay, CA 95677 | **Bank of America**<br>P.O. Box 30750<br>Los Angeles, CA 90030-0750 |
| **Brent Newbold**<br>4522 Copperwood Dr.<br>Granite Bay, CA 95677 | **Citibank**<br>Business Bank Loan Ops<br>100 Citibank Dr., Bldg. 1, Fl 1<br>San Antonio, TX 78245 |
| **Brent Newbold**<br>4522 Copperwood Drive<br>Granite Bay, CA 95677<br><br>**Brent Newbold**<br>4522 Copperwood Drive<br>Granite Bay, CA 95677 | **Sierra Financial Services, LLC**<br>1165 Investment Blvd.<br>El Dorado Hills, CA 95762-5711<br><br>**Sierra Financial Services, LLC**<br>1165 Investment Blvd., Suite 2<br>El Dorado Hills, CA 95762-5711 |