
FILED
April 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002571973

**3**

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. **09-48545-B-7**

**HOLY COW INC.**

Debtor(s).

DC NO. **JRR-1**
DATE: **MAY 18, 2010**
TIME : **9:32 A.M.**
COURTROOM: **32**

## MOTION FOR SALE OF ASSETS
### [11 U.S.C. § 363]

The motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtor.

2. That movant has, as such Trustee, the following assets belonging to the debtor's estate, appraised as indicated, to wit:

**ASSETS:**

(a) All of Debtor's rights to (i) the trade name, logo and trademark for "Holy Cow" and "Holy Cow, Inc.", the formulas for Holy Cow Glass Cleaner, Holy Cow Concentrate and Holy Cow All Purpose Cleaner and (ii) all other intellectual property rights of any nature, including, without limitation, copyrights, patents, trademarks, trade names, service names, brand names, logos, Internet domain names, trade secrets, general intangibles of a like nature, together with the goodwill associated with any of the foregoing, and all applications, registrations and renewals thereof, and any rights, claims or causes of action of Debtor against third parties relating to the foregoing (collectively, the "Intellectual Property");

(b) All of Debtor's finished goods and other inventory, including, without limitation, all samples and returned product, packing

materials, empty bottles, sprayers, molds for bottles and the inventory. set forth on <u>Schedule 1.1(b)</u> hereto;

(c) All of Debtor's customer list;

(d) The contents of the 53 foot cargo trailer leased from Transport International Pool, Inc. (the "Trailer") including, without limitation, the 3-pack and 2-pack cardboard boxes therein (the "Trailer Contents);

(e) All of Debtor's machinery and equipment, including, *inter alia*, all computer hardware and software; and

(f) All business records related to Debtor's business and the Intellectual Property, including without limitation (i) all documentation evidencing Debtor's first use of its Intellectual Property, and (ii) all such records located on website servers and all other locations and in whatever media.

**VALUE: $686,134.00 according to the debtor's schedules.**

3. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4. The Trustee has received an offer from CLAIRE-SPRAYWAY, INC., or assignee, for the sum of $25,000.00. An Asset Purchase Agreement outlining the details of the sale has been entered into between the parties and is attached to the Exhibits as Exhibit "A"

5. CLAIRE-SPRAYWAY, INC. is purchasing the assets free and clear of liens, claims, encumbrances, and interests pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. § 363.

6. According to debtor's schedules, Sierra Financial Services LLC has a security agreement against the assets of the debtor. However, Trustee has performed a UCC-1 search and finds no UCC-1 filed with the California Secretary of State. The Trustee knows of no valid liens, claims or encumbrances against the assets he is selling.

7. The assets are being sold "As Is" and the Trustee makes no warranty on the condition of the asset.

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the assets as described herein.

DATED: April 20, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919